[No. 30344-6-III.   Division Three.   March 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS JAMES CONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00761-1, Bruce A. Spanner, J., entered October 20, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 66005-5-I.   Division One.   March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL EARL LOVEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12261-8, Regina S. Cahan, J., entered August 27, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Appelwick, JJ.

[No. 67142-1-I.   Division One.   March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL EDWARD CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02984-7, Sharon S. Armstrong, J., entered May 11, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Grosse, J.

[Nos. 67457-9-I; 67458-7-I.   Division One.   March 18, 2013.]

STACEY DEFOOR, *Respondent*, v. TERRY DEFOOR, *Appellant*.

TERRY DEFOOR ET AL., *Appellants*, v. STACEY DEFOOR, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 06-2-32531-1, Laura C. Inveen, J., entered March 7, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.